IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01968-BNB

BYRON P. MOORE,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 5, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01968-BNB

Byron P Moore
16199 Green Valley Ranch #1912
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 5, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                           Deputy Clerk