IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 11-cv-01968-PAB

BYRON P. MOORE,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED August 9, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01968-PAB-BNB

Byron P. Moore
16199 Green Valley Ranch, #1912
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: United Parcel Service, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on United Parcel Service, Inc.: TITLE VII COMPLAINT FILED 07/29/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 11, 2011.

                                          GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                     Deputy Clerk