**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01968-CMA-BNB

BYRON P. MOORE,

    Plaintiff,

v.

UNITED PARCEL SERVICE INC.,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

Having reviewed the Stipulated Motion to Dismiss With Prejudice Under Rule 41(a)(1)(ii) Fed.R.Civ.P., and being fully advised, this Court

ORDERS that the Stipulated Motion to Dismiss With Prejudice (Doc. # 27) is GRANTED. This action is dismissed with prejudice, each side to pay his or its own attorneys' fees and costs.

DATED: November 14, 2011.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge